IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: TARANI A. JOHNSON | : | CIVIL ACTION |
| | : | No. 19-03620 |

### ORDER

**AND NOW**, this **14th** day of **February 2020,** following a telephonic conference on the record with Appellant, Ms. Tarani Johnson;[1] eviction counsel, Vladimir Mironenko, Esq.; and foreclosure counsel, Alan Weinreb, Esq.; Ms. Tarani Johnson's emergency motion for a temporary restraining order and preliminary injunction (ECF No. 34) is **DENIED for the reasons set forth on the record.**

      **AND IT IS SO ORDERED.**

                             */s/ Eduardo C. Robreno*
                             *EDUARDO C. ROBRENO,     J.*

---

[1] Also present on the line was Ms. Tarani Johnson's mother, Ms. Joycelyn P. Johnson. Ms. Joycelyn P. Johnson did not participate in the conference.